2ʔ

GAB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED IN OPEN COURT

MAY 31 2018

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 18-00143-CG |
| | * | USAO NO. 18R00278 |
| v. | * | |
| | * | VIOLATION: 18 USC § 922(g)(1) |
| ANTHONY JEROME ELLIS | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about December 16, 2017, in the Southern District of Alabama, Northern Division, the defendant,

**ANTHONY JEROME ELLIS**

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit: Assault First Degree, on November 13, 2008, in the Circuit Court of Dallas County, Alabama, case number CC2007-373; Escape Second Degree, on July 30, 2007, in the Circuit Court of Dallas County, Alabama, case number CC2007-68; Certain Persons Forbidden to Carry a Firearm, on June 6, 2017, in the District Court of Dallas County, Alabama, case number DC2017-34; Assault Second Degree, on October 29, 2014, in the Circuit Court of Dallas County, Alabama, case number CC2014-88; and Shooting into an Occupied Vehicle, on June 9, 2011, in the Circuit Court of Dallas County, Alabama, case number CC2010-247, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Rohm .38 caliber revolver, Model RG38S, serial number FF367144.

In violation of Title 18, United States Code, Section 922(g)(1).

1

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

_____
GLORIA A. BEDWELL
Assistant United States Attorney

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division

MAY 2018